IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RICKY LEE FRANKLIN                                                                            PLAINTIFF

v.                              Case No: 4:16-cv-00592-KGB

HEATH TATE, Deputy, Danville
Sheriff's Department, *et al.*                                                               DEFENDANTS

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Ricky Lee Franklin's action is dismissed without prejudice. The relief sought is denied. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g), and the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 5th day of September, 2018.

_____
Kristine G. Baker
United States District Judge